371 A.2d 244
Commonwealth v. Whitehead, Appellant.

Submitted February 9, 1976. Dennis H. Eisman, and Needleman, Neddleman, Tabb & Eisman, for appellant; Allan J. Sagot, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

364 A.2d 954
Commonwealth v. Williams, Appellant.

Submitted April 13, 1976. John R. Cook, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Campbell, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.